AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

EDWARD EUGENE DAVIS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:21-cv-121

JOHN T. WILCHER, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated November 7, 2022, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's Second Amended Complaint is dismissed, and this case stands closed.

Approved by: _[signature]_

November 8, 2022
Date

John E. Triplett, Clerk of Court
Clerk

_[signature]_
(By) Deputy Clerk